**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **VIRTUAL IMMERSION TECHNOLOGIES LLC,**<br><br>      **Plaintiff,**<br><br>  v.<br><br>**SURECOM CORPORATION NV,** d/b/a **CAM4,**<br><br>      **Defendant.** | **C.A. No. 1:18-cv-01350-CFC** |
| **VIRTUAL IMMERSION TECHNOLOGIES LLC,**<br><br>      **Plaintiff,**<br><br>  v.<br><br>**SINE WAVE ENTERTAINMENT, LTD.,**<br><br>      **Defendant.** | **C.A. No. 1:18-cv-01351-CFC** |
| **VIRTUAL IMMERSION TECHNOLOGIES LLC,**<br><br>      **Plaintiff,**<br><br>  v.<br><br>**ATLAS ENTERTAINMENT LLC,** dba **ATLAS ENTERTAINMENT,**<br><br>      **Defendant.** | **C.A. No. 1:19-cv-00429-CFC** |

1

| | |
|---|---|
| **VIRTUAL IMMERSION TECHNOLOGIES LLC,**<br><br>      **Plaintiff,**<br><br>  v.<br><br>**THE COCA-COLA COMPANY,**<br><br>      **Defendant.** | **C.A. No. 1:19-cv-00430-CFC** |
| **VIRTUAL IMMERSION TECHNOLOGIES LLC,**<br><br>      **Plaintiff,**<br><br>  v.<br><br>**HONEYWELL INTERNATIONAL, INC.,**<br><br>      **Defendant.** | **C.A. No. 1:19-cv-00431-CFC** |
| **VIRTUAL IMMERSION TECHNOLOGIES LLC,**<br><br>      **Plaintiff,**<br><br>  v.<br><br>**STERIS plc,**<br><br>      **Defendant.** | **C.A. No. 1:19-cv-00433-CFC** |
| **VIRTUAL IMMERSION TECHNOLOGIES LLC,**<br><br>      **Plaintiff,**<br><br>  v.<br><br>**GENERAL ELECTRIC COMPANY, et al.,**<br><br>      **Defendants.** | **C.A. No. 1:19-cv-00436-CFC** |

| | |
|---|---|
| **VIRTUAL IMMERSION TECHNOLOGIES LLC,**<br><br>             **Plaintiff,**<br><br>   v.<br><br>**MATTEL, INC.,**<br><br>             **Defendant.** | C.A. No. 1:19-cv-00477-CFC |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Virtual Immersion Technologies LLC declares that it is a limited liability company having no stock, and thus has no parent corporation and no publicly traded corporation who currently owns 10% or more of its stock.

Dated: March 21, 2019

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
Patrick R. Delaney (*pro hac vice*)
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com
pdelaney@devlinlawfirm.com

*Attorney for Plaintiff Virtual Immersion Technologies LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

                                  */s/ Timothy Devlin*
                                  Timothy Devlin